**2007–1802. State v. Clay.**
Cuyahoga App. No. 88823, 2007-Ohio-4295. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed September 12, 2007:

"Whether knowledge of the pending indictment is required for a conviction for having a weapon while under disability pursuant to R.C. 2923.13(A)(3) when the disability is based on a pending indictment."

O'DONNELL, J., dissents.

The conflict case is *State v. Burks* (June 22, 1990), Sandusky App. No. S–89–13.

Sua sponte, cause consolidated with 2007–1852, *State v. Clay,* Cuyahoga App. No. 88823, 2007-Ohio-4295.

**2007–2003. State v. Harris.**
Hamilton App. No. C–060691, 2007-Ohio-5127. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2007–0595 and 2006–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-Ohio-857, and briefing schedule stayed.

**2007–2054. State v. Bryant.**
Butler App. No. CA2007–05–130. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.

**2007–2056. State v. Pryor.**
Fairfield App. No. 07 CA 25, 2007-Ohio-4427. On motion for leave to file delayed appeal. Motion granted.
LUNDBERG STRATTON, O'CONNOR, and CUPP, JJ., dissent.

**2007–2058. State v. Foster.**
Lucas App. No. L–06–1126, 2007-Ohio-1867. On motion for leave to file delayed appeal and motion for transcripts at state expense. Motions denied.

**2007–2098. State v. Sellers.**
Cuyahoga App. No. 88535, 2007-Ohio-4681. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, J., dissents.

**2007–2129. State v. Scott.**
Cuyahoga App. No. 88084, 2007-Ohio-2111. On motion for leave to file delayed appeal. Motion denied.

**2007–2131. State v. Cooper.**
Hamilton App. No. C–060677, 2007-Ohio-4464. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–2132. State v. Taher.**
Hamilton App. No. C–050401. On motion for leave to file delayed appeal. Motion denied.

**2007–2133. State v. Jackson.**
Clermont App. No. CA2006–07–050, 2007-Ohio-914. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2007–2135. State v. Johnson.**
Hamilton App. No. C–060852. On motion for stay of court of appeals' judgment. Motion denied.

**2007–2142. State v. Johnson.**
Mahoning App. No. 06–MA–78, 2007-Ohio-3405. On motion for leave to file delayed appeal and motion for copies of pretrial conferences, docket items, and other data. Motions denied.
PFEIFER, J., dissents.

**2007–2152. State v. Chattams.**
Butler App. No. CA2007–07–178. On motion for leave to file delayed appeal. Motion denied.